# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CLEMENT, EDITH B. | Appeals Court, Active | 5/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

600 CAMP STREET, ROOM 200
NEW ORLEANS, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 5/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Witherspoon Institute, Princeton University | August 8 - 9, 2103 | Princeton, NJ | Guest Lecturer | Transportation, lodging and some meals |
| 2. | Foundation for Research on Economics and the Environment (FREE) | August 19-23, 2013 | THree Forks, MT | attended a seminar | lodging, air transportation and some meals |
| 3. | Federalist Society | November 14-16, 2013 | Washington, D.C. | participate on a panel at the Federalist Society's convention | Transportation. lodging and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 5/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J P Morgan Chase (n/c fm Bank One 7/05) | A | Dividend | O | T | | | | | |
| 2. Rental Property/Residential FMV, New Orleans, LA | E | Rent | O | W | | | | | |
| 3. Genworth Life & Annuity InsCo, Flexible Premium Adjust Life | C | Interest | L | T | | | | | |
| 4. Colonial Bank | | None | J | T | | | | | |
| 5. Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | T | | | | | |
| 6. Guggenheim China Tech (CQQQ) | A | Dividend | | | Sold | 08/28/13 | L | C | |
| 7. PowerShares DB Commodity Index (DBC) | | None | | | Sold | 08/28/13 | K | | |
| 8. MSCI Frontier Markets (FM) | A | Dividend | K | T | Buy | 08/28/13 | K | | |
| 9. iShares FTSE/Xinhua China 25 Index (FXI) | | None | | | Sold (part) | 03/19/13 | K | | |
| 10. | | | | | Sold | 06/12/13 | K | | |
| 11. SPDR Gold Trust (GLD) | | None | | | Buy | 08/28/13 | L | | |
| 12. | | | | | Sold | 12/03/13 | L | | |
| 13. Mkt Vectors RVE Hard Assets Producers (HAP) | B | Dividend | K | T | | | | | |
| 14. iShares iBoxx $ High Yield Corporate (HYG) | D | Dividend | | | Sold | 05/28/13 | N | E | |
| 15. | | | | | Buy | 08/28/13 | M | | |
| 16. | | | M | T | Buy (add'l) | 12/05/13 | L | | |
| 17. iShares Tr S&P Global Energy Sector Index Fund (IXC) | B | Dividend | | | Sold | 08/28/13 | M | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kayne Anderson MLP Investment Co (KYN) | D | Dividend | M | T | | | | | |
| 19. ProShares Short 20+Year Treasury (TBF) | | None | L | T | Buy | 06/07/13 | J | | |
| 20. | | | | | Buy (add'l) | 08/28/13 | L | | |
| 21. Vanguard Emerging Market (VWO) | A | Dividend | | | Sold | 06/07/13 | K | | |
| 22. Vanguard Energy (VDE) | B | Dividend | L | T | | | | | |
| 23. Vanguard Info Technology (VGT) | A | Dividend | L | T | | | | | |
| 24. Vanguard Large Cap (VV) | B | Dividend | M | T | | | | | |
| 25. Vanguard Midcap (VO) | B | Dividend | M | T | | | | | |
| 26. Vanguard Small Cap (VB) | B | Dividend | M | T | | | | | |
| 27. Vanguard Telecommunications Svcs (VOX) | C | Dividend | M | T | | | | | |
| 28. Vanguard High Yield Corp Investor (VWEHX) | B | Dividend | | | Sold | 05/29/13 | K | C | |
| 29. Vanguard ST Investment Grade Admiral (VFSUX) | E | Dividend | P1 | T | Sold (part) | 05/21/13 | K | A | |
| 30. | | | | | Sold (part) | 06/04/13 | P1 | D | |
| 31. | | | | | Buy (add'l) | 08/28/13 | P1 | | |
| 32. | | | | | Buy (add'l) | 12/05/13 | M | | |
| 33. Vanguard ST Investment Grade Investor (VFSTX) | | None | | | Sold | 06/04/13 | K | | |
| 34. Vanguard Star Fund (VGSTX) | D | Dividend | N | T | Buy | 05/21/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CLEMENT, EDITH B.** | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/28/13 | N | | |
| 36.  US Treasury Bill, 912796BL2, 11/21/2013 | A | Interest | | | Buy | 05/28/13 | N | | |
| 37. | | | | | Sold | 08/28/13 | N | | |
| 38.  US Treasury Bill, 912796BN8, 12/05/2013 | A | Interest | | | Buy | 06/05/13 | O | | |
| 39. | | | | | Buy (add'l) | 06/10/13 | K | | |
| 40. | | | | | Sold | 08/28/13 | O | | |
| 41.  US I-Savings Bonds | B | Interest | K | T | | | | | |
| 42.  Bank of America c/o Computershare | A | Dividend | J | T | | | | | |
| 43.  Charles Schwab Bank Deposit | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 5/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 5/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EDITH B. CLEMENT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544